

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2016

No. 04-16-00633-CR

Gabriel Antonio **VALVERDE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4166W
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on November 21, 2016. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to December 21, 2016. On December 19, 2016, the appellant filed a motion requesting an additional extension of time to file the brief until January 21, 2017, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by January 23, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court